YARD AND BLOIS'
SYNDIC
*vs.*
SRODES.

BOGART ET AL. *vs.* DRAKE ET AL.

YARD AND BLOIS'S SYNDIC *vs.* SRODES.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE BUCHANAN PRESIDING.

The case was remanded for the defendant to prove offsets to the note sued on, and no further evidence being offered, judgment was properly given for the entire amount.

This is an action on a promissory note. The case has

EASTERN DIST. been before this court, and was remanded to allow the
*April*, 1839. defendant to prove any payments or offsets he might have
━━━━━━━ against it in the hands of the transferors.   See 9 *Louisiana*
M'COY'S EX'RS. *Reports*, 479.
*vs.*
PRITCHARD ET AL
On the return of the case, no further evidence being offered, judgment was rendered for the entire amount of the note sued on, and the defendant again appealed.

*Lockett*, for the plaintiff.

*J. Slidell*, for the appellant.

*Eustis, J.*, delivered the opinion of the court.

This cause was remanded to the court below, at a previous term of this court, for the purpose of enabling the defendant to establish any offsets he may have had to the note sued on by the plaintiffs.   As no further evidence was offered on the trial of the cause, the judge gave judgment for the whole amount of the note.   In this judgment we concur.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs in both courts.